**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, JOSHUA LAMARK**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LAMARK,<br><br>　　Plaintiff,<br><br>v.<br><br>GROG SHOP INCORPORATED, a California corporation, EMIC PROPERTIES, a California Limited Partnership, and DOES ONE to FIFTY, inclusive,<br><br>　　Defendants. | Case No. C10-4939 CW<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

　　Plaintiff JOSHUA LAMARK and Defendant GROG SHOP INCORPORATED, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

　　1.　The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

STIPULATION OF DISMISSAL, (~~PROPOSED~~)ORDER        1                                C-10-4939 CW

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: February 4, 2011    /s/ Jason K. Singleton
Jason K. Singleton, Attorney for
Plaintiff, **JOSHUA LAMARK**

**HATCHER & RUNDEL**

Dated: February 4, 2011    /s/ William W. Hatcher, Jr.
William W. Hatcher, Jr., Attorneys for Defendant
**GROG SHOP INCORPORATED**

**COOPER, WHITE & COOPER LLP**

Dated: February 4, 2011    /s/ Christopher J. Mead
Christopher J. Mead, Attorneys for Defendant
**EMIC PROPERTIES**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LaMARK vs. GROG SHOP INCORPORATED, et al.</u>, Case Number C-10-4939 CW, is dismissed with prejudice with each party to bear his or her own attorney fees and costs.

Dated: **2/16/2011**

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE